JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Spine and Neurosurgery Institute<br><br>Plaintiff,<br><br>v.<br><br>CBRE Group, Blue Cross Blue Shield of Texas and DOES 1-10,<br><br>Defendant. | Case No.: 2:23-cv-01975 RGK-MAA<br><br>**[PROPOSED] ORDER REMANDING CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**<br><br>[31]<br><br>Hon. R. Gary Klausner |

The Court, having considered the parties' Joint Stipulation to Remand dated July 3, 2023 and good cause having been shown:

IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of the State of California for future proceedings.

IT IS SO ORDERED.

Dated: 7/3/2023

_____
Hon. R. Gary Klausner
U.S. District Judge

cc: LASC, Case No. 23STCV00096